UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| McAIRLAIDS, INC., | ) | |
| | ) | |
| Plaintiff/ | ) | |
| Counter-Defendant, | ) | |
| | ) | |
| v. | ) | Civil Action No. 7:12-CV-00578 |
| | ) | |
| KIMBERLY-CLARK CORPORATION, | ) | |
| | ) | |
| KIMBERLY-CLARK WORLDWIDE, INC., and | ) | |
| | ) | |
| KIMBERLY-CLARK GLOBAL SALES, LLC, | ) | |
| | ) | |
| Defendants/ | ) | |
| Counter-Plaintiffs. | ) | |

**MOTION OF KIMBERLY-CLARK
FOR SUMMARY JUDGMENT ON THE DEFENSE OF FUNCTIONALITY
AND COUNTERCLAIM FOR CANCELLATION**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Kimberly-Clark Corp., Kimberly-Clark Worldwide, Inc., and Kimberly-Clark Global Sales, LLC (collectively, "Kimberly-Clark"), hereby move the Court for an order granting summary judgment in Kimberly-Clark's favor on (a) the affirmative defense of functionality, and (b) Kimberly-Clark's counterclaim for cancellation of McAirlaids's federal trademark registration no. 4,104,123. In support of its Motion, Kimberly-Clark submits the accompanying Memorandum in Support of Its Motion for Summary Judgment.[1]

---

[1] Because Kimberly-Clark's supporting memorandum contains information designated as "Confidential" or "Attorneys' Eyes Only" pursuant to the Protective Order entered February 26, 2013 (D.I. 22), Kimberly-Clark is also filing with the Court a motion to file its supporting memorandum under seal.

- 2 -

Dated: June 14, 2013

/s/ Andrew G. Klevorn

Andrew G. Klevorn (IL Bar No. 6194597)
Chad J. Doellinger (IL Bar No. 6274824)
Kristin J. Achterhof (IL Bar No. 6206476)
KATTEN MUCHIN ROSENMAN LLP
525 W. Monroe Street
Chicago, IL 60661-3693
312.902.5200 / 312.902.1061
kristin.achterhof@kattenlaw.com
chad.doellinger@kattenlaw.com

Kevin P. Oddo (VSB No. 27503)
LeClairRyan, A Professional Corporation
1800 Wachovia Tower
Drawer 1200
Roanoke, Virginia 24006
540.510.3020 / 540.510.3050
kevin.oddo@leclairryan.com

Thomas A. Coulter (VSB No. 46532)
LeClairRyan, A Professional Corporation
951 East Byrd Street, Eighth Floor
Richmond, Virginia 23219
804.916.7103 / 804.916.7203
thomas.coulter@leclairryan.com

*Attorneys for Defendants Kimberly-Clark Corporation, Kimberly-Clark Worldwide, Inc. and Kimberly-Clark Global Sales, LLC*

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing *Kimberly-Clark's Motion for Summary Judgment on the Defense of Functionality and Counterclaim for Cancellation* was filed through the Court's CM/ECF system, which will send electronic notice to all attorneys of record, this 14th day of June, 2013:

> Joshua F.P. Long, Esq.
> Michael J. Hertz, Esq.
> Woods Rogers PLC
> Wells Fargo Tower, Suite 1400
> 10 S. Jefferson St., 14th Floor
> Roanoke, VA  24011

/s/     Andrew G. Klevorn