CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 19 2013

JULIA C. DUDLEY, CLERK
BY:
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| McAIRLAIDS, INC., | ) | Civil Action No. 7:12cv00578 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| KIMBERLY-CLARK | ) | |
| CORPORATION *et al.*, | ) | |
| | ) | By: Samuel G. Wilson |
| Defendants. | ) | United States District Judge |

In accordance with the memorandum opinion entered on this day, it is hereby **ORDERED** and **ADJUDGED** that the defendants' motion for summary judgment is **GRANTED**, and this matter is **STRICKEN** from the court's active docket. Further, the court hereby **ORDERS** that U.S. Trademark 4,104,123 is **CANCELLED**. The Clerk of Court is **DIRECTED** to provide a certified copy of this order and the accompanying memorandum opinion to the Commissioner of the U.S. Patent and Trademark Office, pursuant 15 U.S.C. § 1119, for appropriate entry upon the records of the Patent and Trademark Office.

ENTER: July 19, 2013.

_____
UNITED STATES DISTRICT JUDGE