**UNITED STATES DISTRICT COURT**
**Western District of Virginia**
**OFFICE OF THE CLERK**
**Julia C. Dudley, Clerk**
**210 Franklin Road, SW, Suite 540**
**Roanoke, Virginia 24011**
**February 4, 2015**

Re: McAirlaids, Inc. v. Kimberly-Clark Corporation, et al; 7:12CV00578

Dear Counsel:

This case has been assigned to Judge Michael F. Urbanski and will be given a trial date in approximately eight months, unless an earlier date is requested by the parties.

Please confer among yourselves and arrange a conference call with Judge Urbanski's secretary, Sue Depuy at (540) 857-5124, within a week from the date of this letter in order to set a specific trial date. If a response is not received, we will assume that any date chosen in approximately eight months will be acceptable.

All hearings will be scheduled by Mrs. Depuy. Please call her at the above number.

The court wants all discovery completed and all pre-trial motions filed within thirty (30) days of the trial date. Hearings regarding dispositive pretrial motions must be held no later than thirty (30) days prior to trial. All interrogatories and requests for documents should therefore be served in sufficient time to give the opposing party time to respond before the thirty-day deadline.

    Very truly yours,

    s/ Kristin Ayersman

    Deputy Clerk

cc: All Counsel
    Sue Depuy
    Electronic File