# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| MCAIRLAIDS, INC., )<br>)<br>*Plaintiff,* )<br>v. )<br>)<br>KIMBERLY-CLARK CORPORATION, *et. al.* )<br>)<br>*Defendants.* ) | No. 7:12-cv-00578 |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff McAirlaids, Inc. and Defendants Kimberly-Clark Corporation, Kimberly-Clark Global Sales, LLC, and Kimberly-Clark Worldwide, Inc. hereby stipulate to the dismissal with prejudice of all claims and counterclaims raised in this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its own attorneys' fees, costs and expenses.


/s/ Joshua F. P. Long
Joshua F. P. Long (VSB #65684)
J. Benjamin Rottenborn (VSB #84796)
Michael J. Hertz (VSB #71079)
F. Elizabeth Burgin Waller (VSB #74726)
Nathan A. Evans (VSB # 46840)
WOODS ROGERS PLC
Wells Fargo Tower, Suite 1400
10 S. Jefferson Street
Roanoke, Virginia 24011
540-983-7725
jlong@woodsrogers.com
brottenborn@woodsrogers.com
mhertz@woodsrogers.com
bburgin@woodsrogers.com
nevans@woodsrogers.com

*Counsel for Plaintiff McAirlaids, Inc.*

1

/s/ Kevin P. Oddo
Kevin P. Oddo (VSB No. 27503)
Leclair Ryan, P.C.
1800 Wells Fargo Tower, Drawer 1200
Roanoke, VA 24006
540-510-3020
Kevin.oddo@leclairryan.com

Roger Patrick Furey(VSB No. 23575)
Michael Ryan Justus (VSB No. 76897)
Andrew G. Klevorn (VSB No. 6194597)
Katten Muchin Rosenman, LLP
2900 K. Street, NW, North Tower, Suite 200
Washington, DC 20007
202-625-3575
Roger.furey@kattenlaw.com
Michael.justus@kattenlaw.com
Andrw.klevorn@kattenlaw.com

*Attorneys for Defendants Kimberly-Clark Corporation, Kimberly-Clark Worldwide, Inc. and Kimberly-Clark Global Sales, LLC*

/s/ Kevin P. Oddo
Kevin P. Oddo (VSB No. 27503)
Leclair Ryan, P.C.
1800 Wells Fargo Tower, Drawer 1200
Roanoke, VA 24006
540-510-3020
Kevin.oddo@leclairryan.com

Roger Patrick Furey(VSB No. 23575)
Michael Ryan Justus (VSB No. 76897)
Andrew G. Klevorn (VSB No. 6194597)
Katten Muchin Rosenman, LLP
2900 K. Street, NW, North Tower, Suite 200
Washington, DC 20007
202-625-3575
Roger.furey@kattenlaw.com
Michael.justus@kattenlaw.com
Andrw.klevorn@kattenlaw.com

*Attorneys for Defendants Kimberly-Clark Corporation, Kimberly-Clark Worldwide, Inc. and Kimberly-Clark Global Sales, LLC*